IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNOWEB VIRTUAL, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EBAY, INC.,<br><br>　　　　Defendant. | Civil Action No.:  2:16-cv-00452-JRG<br><br>LEAD CASE |

**ORDER**

CAME ON FOR CONSIDERATION the Agreed Motion By eBay Inc. And Microsoft Corporation To Further Extend Time To Respond To Complaint.  (Dkt. No. 38.) Having considered the motion, it is hereby **GRANTED-IN-PART** and **DENIED-IN-PART**.

Accordingly, the Court grants eBay and Microsoft twenty-one additional days to respond to the Complaints.  eBay's response to the Complaint is now due **July 26, 2016** and Microsoft's response to the Complaint is now due **July 29, 2016**.

So ORDERED and SIGNED this 28th day of June, 2016.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE