# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **UNOWEB VIRTUAL, LLC,**<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>**EBAY, INC.,**<br><br>　　　　*Defendant.* | Civil Action No. 2:16-cv-452<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **UNOWEB VIRTUAL, LLC,**<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>**MICROSOFT CORPORATION,**<br><br>　　　　*Defendant.* | Case No. 2:16-cv-464<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff UnoWeb Virtual, LLC moves to dismiss with prejudice all claims asserted in this action against Microsoft Corporation, each party to bear its own costs, expenses, and attorneys' fees. Defendant Microsoft Corporation does not oppose the motion. A proposed order of dismissal is attached.

Dated:  July 6, 2016                                            Respectfully submitted,

                                                    /s/ Elizabeth L. DeRieux
                                                    Elizabeth L. DeRieux
                                                    TX Bar No. 05770585
                                                    D. Jeffrey Rambin
                                                    TX Bar No. 00791478
                                                    CAPSHAW DERIEUX, LLP
                                                    114 E. Commerce Ave.
                                                    Gladewater, Texas 75647
                                                    Telephone: 903-845-5770
                                                    E-mail: ederieux@capshawlaw.com
                                                    E-mail: jrambin@capshawlaw.com

                                          OF COUNSEL:

                                                    Dorian S. Berger (CA SB No. 264424)
                                                    Daniel P. Hipskind (CA SB No. 266763)
                                                    Berger Hipskind LLP
                                                    1880 Century Park East, Suite 815
                                                    Los Angeles, CA 90067
                                                    Telephone: 323-886-3430
                                                    Facsimile: 323-978-5508
                                                    E-mail: dsb@bergerhipskind.com
                                                    E-mail: dph@bergerhipskind.com

                                                    *Attorneys for UnoWeb Virtual, LLC*

### CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for UnoWeb conferred with counsel for Microsoft Corporation and this motion is unopposed.

                                                    /s/ Elizabeth L. DeRieux

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically via ECF and therefore is deemed served on all counsel who have consented to electronic service on this, the 6th day of July, 2016.

      */s/ Elizabeth L. DeRieux*