IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **UNOWEB VIRTUAL, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**EBAY, INC.,**<br><br>*Defendant.* | Civil Action No. 2:16-cv-452<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **UNOWEB VIRTUAL, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LINKEDIN CORPORATION,**<br><br>*Defendant.* | Case No. 2:16-cv-390<br><br>**JURY TRIAL DEMANDED** |

### Joint Motion To Stay All Deadlines and Notice of Settlement

Plaintiff UnoWeb Virtual, LLC ("UnoWeb" or "Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn") file this Joint Motion to Stay All Deadlines and Notice of Settlement. UnoWeb and LinkedIn hereby notify the Court that all matters in controversy between UnoWeb and LinkedIn have been settled in principle. The parties request that the Court stay all unreached deadlines as to UnoWeb and LinkedIn for thirty (30) days so that appropriate dismissal papers may be submitted.

Dated:  August 23, 2016

Respectfully submitted,

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

OF COUNSEL:

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Berger Hipskind LLP
1880 Century Park East, Suite 815
Los Angeles, CA 90067
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

*Attorneys for UnoWeb Virtual, LLC*

 /s/ Christopher Kao
Christopher Kao (CA Bar No. 237716)
Email: ckao@velaw.com
Brock S. Weber (CA Bar No. 261383)
Email: bweber@velaw.com
VINSON & ELKINS, LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105-0923
Telephone: (415) 979-6900
Facsimile (415) 651-8786

Nickou Oskoui (Texas Bar No. 24070372)
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Telephone (214) 220-7845
Facsimile: (214) 999-7845
Email: noskoui@velaw.com

>Deron Dacus (Texas Bar No. 00790553)
>The Dacus Firm, P.C.
>821 ESE Loop 323, Suite 430
>Tyler, TX 75701
>Telephone: (903) 705-1117
>Facsimile: (903) 581-2543
>Email: ddacus@dacusfirm.com
>
>Attorneys for Defendant LinkedIn Corporation

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically via ECF and therefore is deemed served on all counsel who have consented to electronic service on this, the 23rd day of August, 2016.

>*/s/ Elizabeth L. DeRieux*