IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **UNOWEB VIRTUAL, LLC,**<br><br>               **Plaintiff,**<br>               v.<br>**EBAY, INC.,**<br>               **Defendant.** | **Civil Case No. 2:16-cv-00452-JRG**<br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| U<small>NO</small>W<small>EB</small> V<small>IRTUAL</small>, LLC,<br><br>        *Plaintiff,*<br><br>        v.<br><br>A<small>LLIANCE</small> D<small>ATA</small> S<small>YSTEMS</small> C<small>ORPORATION</small>,<br><br>        *Defendant*. | **Civil Action No. 2:16-cv-162**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff UnoWeb Virtual, LLC and Defendant Alliance Data Systems Corporation, ("the parties") have settled this lawsuit. Pursuant to Fed. R. Civ. P. 41(a)(2), the foregoing parties now jointly move to dismiss with prejudice all claims asserted in this action against Alliance Data Systems Corporation by UnoWeb Virtual, LLC, and all claims asserted by Alliance Data Systems Corporation against UnoWeb Virtual, LLC, with each party to bear its own costs, expenses, and attorneys' fees. A proposed order of dismissal is attached.

1

| | |
|---|---|
| Dated: November 30, 2016 | Respectfully submitted, |
| By: /s/ Elizabeth L. DeRieux | By: */s/ Charles Everingham* |
| Elizabeth L. DeRieux (TBN 05770585)<br>D. Jeffrey Rambin (TBN 00791478)<br>**CAPSHAW DERIEUX, LLP**<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br>Tel: (903) 845-5770<br>ederieux@capshawlaw.com<br>jrambin@capshawlaw.com<br><br>Dorian S. Berger (CA SB No. 264424)<br>Daniel P. Hipskind (CA SB No. 266763)<br>**BERGER HIPSKIND LLP**<br>1880 Century Park East, Suite 815<br>Los Angeles, CA 90067<br>Tel: (323) 886-3430<br>Fax: (323) 978-5508<br>dsb@bergerhipskind.com<br>dph@bergerhipskind.com<br><br>*Attorneys For Unoweb Virtual, LLC* | Charles Everingham IV<br>Texas State Bar No. 00787447<br>ceveringham@akingump.com<br>Akin Gump Strauss Hauer & Feld LLP<br>Austin Bank Building<br>911 West Loop 281, Suite 412<br>Longview, Texas 75604<br>Telephone: 903.297.7400<br>Facsimile: 903.297.7402<br><br>Michael F. Reeder, II<br>Texas Bar No. 24070481<br>mreeder@akingump.com<br>R. Tyler Kendrick<br>Texas Bar No. 24097929<br>tkendrick@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana, 44th Floor<br>Houston, Texas 77002<br>Telephone: 713.220.5800<br>Facsimile: 713.236.0822<br><br>*Attorneys For Defendant Alliance Data Systems Corporation* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.3 on the 30th day of November, 2016 As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/* Elizabeth L. DeRieux

2